# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Sherrod Hunter,

    Plaintiff(s),　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　3:00-cv-70-1-MU

R.C. Lee,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 23, 2006 Order.

**Signed: August 23, 2006**

Frank G. Johns, Clerk
United States District Court